SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KALEB TSHIBANGU,
KENDRIS BOSTON,
JACOB WALLACE, JR.,
ZION PARKS, and
CHASE TOLIVER,

Defendants.

4:26CR3052

INDICTMENT

18 U.SC. § 1951

The Grand Jury charges that:

## COUNT ONE

Between, on, or about January 1, 2026, and January 7, 2026, in the District of Nebraska and elsewhere, the defendants, KALEB TSHIBANGU, KENDRIS BOSTON, JACOB WALLACE, JR., ZION PARKS, and CHASE TOLIVER, and other individuals known and unknown to the Grand Jury, knowingly conspired and agreed with each other to commit the offense of interference with commerce by robbery, by unlawfully taking and obtaining personal property consisting of United States currency, in the approximate amount of $220,000, in the presence of an automated teller machine ("ATM") technician, said currency belonging to a bank whose deposits were then federally insured, and an entity who was, at all times material to this indictment, engaged in interstate commerce, and which affects interstate commerce, by means of actual and threatened force, and fear of injury, immediate and future, to his person, all in violation of Title 18, United States Code, Section 1951.

1

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to achieve its objectives, the defendants committed one or more of the following overt acts:

1. Between, on, or about January 1, 2026, and January 7, 2026, KALEB TSHIBANGU, KENDRIS BOSTON, JACOB WALLACE, JR., ZION PARKS, and CHASE TOLIVER traveled from Texas to the District of Nebraska for the purpose of looking for ATMs from which they could steal and purloin money.

2. Upon locating potential target ATMs, members of the conspiracy began identifying opportunities to steal currency from the ATMs in the presence of ATM technicians.

3. On or about January 7, 2026, three members of the conspiracy sat in a Jeep Renegade parked near an ATM at the Wells Fargo Bank branch located at 4650 South 24th Street in Omaha. The three coconspirators surveilled an individual who is known to the Grand Jury, and who was tasked with maintaining certain ATMs, as that individual worked on the ATM at the Wells Fargo Bank branch.

4. Once the ATM technician opened the safe portion of the Wells Fargo ATM, two conspirators ran from the Jeep Renegade to the ATM technician and pushed the ATM technician out of the way.

5. The two coconspirators then stole and purloined approximately $220,000 in United States currency from the ATM belonging to, and in the care, custody, control, management, and possession of the Wells Fargo Bank branch located at 4650 South 24th Street in Omaha, Nebraska. That Wells Fargo Bank branch operates under the laws of the United States, and their deposits are insured by the Federal Deposit Insurance Corporation.

2

6. Upon stealing and purloining the money from the ATM, the three coconspirators fled the area in the Jeep Renegade and drove to an apartment building near 2500 B Street in Omaha, Nebraska. The three coconspirators then abandoned the Jeep Renegade at that apartment complex.

7. At least one other coconspirator soon arrived at the same apartment complex in Omaha, Nebraska in a Nissan Altima to pick up the coconspirators who had arrived in the Jeep Renegade. All coconspirators then fled the area of the apartment complex.

8. Between, on, or about January 6, 2026, and January 7, 2026, as the coconspirators were planning the robbery from the above-mentioned ATM, and in preparation for the robbery, JACOB WALLACE, JR. used his phone to search the internet for information in the Omaha, Nebraska area on "apartments," "police station," and "Wells Fargo."

9. On, or about January 6, 2026, as the coconspirators were planning the robbery from the above-mentioned ATM, and in preparation for the robbery, KENDRIS BOSTON used his phone to search the internet for information on "Omaha ATM tech robbery."

10. Between, on, or about January 5, 2026, and January 6, 2026, as the coconspirators were planning the robbery from the above-mentioned ATM, and in preparation for the robbery, KALEB TSHIBANGU and ZION PARKS arranged for other persons to rent a Jeep Renegade and a Nissan Altima for coconspirators to use in carrying out this conspiracy. They arranged for other people to rent the two vehicles so the rental agreements would not include the names of any of the five defendants.

3

SEALED

11. On, or about January 5, 2026, as the coconspirators were planning the robbery from the above-mentioned ATM, and in preparation for the robbery, ZION PARKS arranged for another person to rent an Air BNB house in Council Bluffs, Iowa for the five defendants to use while they were in the Omaha, Nebraska area. ZION PARKS arranged for another person to rent the Air BNB so the rental agreement would not include the names of any of the five defendants.

12. On, or about January 7, 2026, shortly after the robbery from the above-mentioned Wells Fargo ATM, CHASE TOLIVER took part in dividing up the proceeds from the robbery among the coconspirators.

All of this was done in violation of Title 18, United States Code, Section 1951.

A TRUE BILL.

_____

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: _____

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney

4